

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEMBRO STORES, INC., | x |
| | : |
| Plaintiff, | |
| | : |
| v. | |
| | : |
| SHLOMO FAKSE, YS DESIGNING OF | : |
| NEW YORK, INC., | |
| | : |
| Defendants. | : |
| | |
| | x |

**07 CIV 6766**

Civil Action No.

**COMPLAINT**

## FRCP 7.1 STATEMENT

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, IN ORDER TO

ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE

POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL

FOR **JEMBRO STORES, INC.** (A PRIVATE NON-GOVERNMENTAL PARTY)

CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS OF SAID PARTY,

OR ARE PUBLICLY TRADED CORPORATIONS THAT OWN 10 PERCENT OR MORE

OF ITS STOCK.

### NONE

DATE: July 26, 2007

FELDMAN LAW GROUP, P.C.

By: _____
Kenneth S. Feldman (KF-6003)
Stephen E. Feldman (5630)
12 East 41st Street
New York, New York 10017
(212) 532 -8585