UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: FELDMAN LAW GROUP, P.C. - 1217

| | |
|---|---|
| JEMBRO STORES, INC. | Index #: 07 CIV 6766 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| SHLOMO FAKSE, YS DESIGNING OF NEW YORK INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 24, 2007 at 01:38 PM at

1407 BROADWAY SUITE 1107
NEW YORK, NY10018

deponent served the within true copy of the SUMMONS & COMPLAINT on YS DESIGNING OF NEW YORK INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. LISA XU personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BROWN | 40 | 5'0 | 130 |

Sworn to me on: October 25, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 508530

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: FELDMAN LAW GROUP, P.C. - 1217

---

JEMBRO STORES, INC.

Plaintiff(s)

- against -

SHLOMO FAKSE, YS DESIGNING OF NEW YORK INC.

Defendant(s)

---

Index #: 07 CIV 6766

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 24, 2007 at 01:38 PM at

1407 BROADWAY SUITE 1107
NEW YORK, NY10018

deponent served the within true copy of the SUMMONS & COMPLAINT on YS DESIGNING OF NEW YORK INC., the defendant/respondent therein named,

**CORPORATION**   by delivering thereat a true copy of each to MS. LISA XU personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BROWN | 40 | 5'0 | 130 |

Sworn to me on: October 25, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 508530