UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEMBRO STORES, INC., : x

        Plaintiff, :

v. :

SHLOMO FAKSE, YS DESIGNING OF :
NEW YORK, INC., :

        Defendants. :

---x

Civil Action No. 07CV 6766 (BSJ)

Order

It is Stipulated and Ordered, that Plaintiff will file, and serve on Defendants' Counsel a second amended complaint on November 22, 2007, and defendants will have 30 days to answer such amended complaint.

Dated: November 12, 2007

LAZARUS & LAZARUS, P.C.
Attorneys for all Defendants

By: _____
Harlan M. Lazarus
240 Madison Avenue
New York, NY 10010

FELDMAN LAW GROUP, P.C.
Attorneys for the Plaintiff

By: _____
Kenneth S. Feldman (KF 6003)
12 East 41st Street
New York, NY 10017

So Ordered
_____
U.S.D.J.

11/13/07