UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JEMBRO STORES, INC.,                                :

                            Plaintiff,              :       Civil Action No. 07CV 6766

- against -                                      :

SHLOMO FAKSE, YS DESIGNING OF
NEW YORK, INC.,                               :

                            Defendants.   : 
-------------------------------------------------------------------- X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants, Shlomo Fakse, YS Designing of New York, Inc., certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are publicly held:

**NONE.**

Dated:    New York, New York
            December 19, 2007

**LAZARUS & LAZARUS, P.C.**

By: _____
     Gilbert A. Lazarus (GAL 1025)
Attorneys for Defendants
Shlomo Faske and YS Designing of New York, Inc.
240 Madison Avenue
New York, New York 10016
(212) 889-7400

To:    Feldman Law Group, PC
       12 East 41st Street
       New York, NY 10017
       Attn: Kenneth S. Feldman, Esq.