UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JEMBRO STORES, INC.,  :
:
                        Plaintiff,  :    Civil Action No. 07CV 6766
:
      - against -  :
:
SHLOMO FAKSE, YS DESIGNING OF  :
NEW YORK, INC.,  :
:
                    Defendants.  :
:
------------------------------------------------------------------ X

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK )

       **LESLIE K. SCHWARZ**, being duly sworn, deposes and says:

       I am not a party to this action, I am over the age of 18 years and I reside in Queens County.

       On December 19, 2007, I mailed a true copy of the within document titled: **ANSWER,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

                      Feldman Law Group, PC
                      12 East 41st Street
                      New York, NY 10017
                      Attn: Kenneth S. Feldman, Esq.

                                                          _____
                                                           LESLIE K. SCHWARZ

Sworn to before me
this 19th day of December, 2007

_____
                 Notary
       GILBERT A. LAZARUS
  Notary Public, State of New York
        No. 02LA4966885
    Qualified in New York County
  Commission Expires May 21, 2010