UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JEMBRO STORES, INC.,                              :
                                                  :
                    Plaintiff,     :    Civil Action No. 07CV 6766
                                                  :
      - against -                                :
                                                  :
SHLOMO FAKSE, YS DESIGNING OF                     :
NEW YORK, INC.,                                   :
                                                  :
                    Defendants.    :
------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **LESLIE K. SCHWARZ**, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Queens County.

      On December 19, 2007, I mailed a true copy of the within document titled: **RULE 7.1 STATEMENT,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

                Feldman Law Group, PC
                12 East 41st Street
                New York, NY 10017
                Attn: Kenneth S. Feldman, Esq.

                                              LESLIE K. SCHWARZ

Sworn to before me
this 19th day of December, 2007

_____
            Notary

        GILBERT A. LAZARUS
     Notary Public, State of New York
         No. 02LA4966885
     Qualified in New York County
   Commission Expires May 21, 2010